UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | |
|---|---|
| Matthew Brawn )<br>    *Plaintiff* )<br> )<br>v. )<br> )<br>Portfolio Recovery Associates, LLC )<br>    *Defendant* )<br>Serve: )<br>    Corporation Service Company )<br>    2711 Centerville Road, Suite 400 )<br>    Wilmington, DE 19808 )<br> ) | Case No.<br><br>3:17-CV-583-DJH |

## **COMPLAINT**

### INTRODUCTION

1.   This is an action brought by a consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.* ("FDCPA").

### JURISDICTION

2.   This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and the FDCPA, 15 U.S.C. §1692k(d).

### PARTIES

3.   Plaintiff Matthew Brawn is a natural person who resides in Jefferson County, Ky. Mr. Brawn is a "consumer" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(3).

4.   Defendant Portfolio Recovery Associates, LLC ("PRA") is a limited liability company which has registered with the Kentucky Secretary of State, and the principal purpose of whose business is the purchase and collection of defaulted debts, operating a debt collection agency with its principal place of business located at 120 Corporate Blvd., Norfolk, VA 23502.

5.   PRA's primary purpose is the collection of debts as defined by the FDCPA and is a "debt collector" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(6).

## STATEMENT OF FACTS

6. On April 27, 2016, PRA filed suit against Mr. Brawn in the Jefferson District Court of Jefferson County, Kentucky under Case No. 16-C-002985 (the "PRA Lawsuit").

7. PRA's complaint in the PRA Lawsuit was based on a charged-off credit card originated by Capital One Bank (USA), N.A. ("Capital One").

8. The Capital One credit card at issue in the PRA Lawsuit was used solely for personal, family, and/or household purpose, which makes the Capital One credit card debt a "debt" within the meaning of the FDCPA.

9. The complaint in the PRA Lawsuit averred *inter alia* that Mr. Brawn owed PRA the principal amount of $2,737.82.

10. PRA served the summons and complaint in the PRA Lawsuit on Mr. Brawn on July 12, 2016.

11. Mr. Brawn filed a timely answer in the PRA Lawsuit on August 3, 2016 that denied all counts in the complaint.

12. On March 27, 2017, PRA moved for summary judgment against Mr. Brawn in the PRA Lawsuit.

13. Undersigned counsel, who was also counsel of record for Mr. Brawn in the PRA Lawsuit, received PRA's motion for summary judgment in the mail on March 27, 2017.

14. The envelope containing the motion for summary judgment from PRA bore a post mark dated March 24, 2017.

15. A true and accurate copy of the envelope containing PRA's motion for summary judgment is attached as Exhibit "A."

16. Under the Kentucky Rules of Civil Procedure and the Local Rule of Practice 401 for the Jefferson District Court, Mr. Brawn's response to PRA's motion for summary judgment in the PRA Lawsuit was not due until April 18, 2017.

17. On March 28, 2017, PRA submitted an AOC-280 Form Notice of Submission of Case for Final Adjudication (the "AOC-280 Form").

18. A true and accurate copy of the docket sheet for the PRA Lawsuit is attached as

Exhibit "B."

19. The AOC-280 Form signaled to the Jefferson District Court judge that PRA's summary judgment motion in the PRA Lawsuit was ready for adjudication.

20. A true and accurate copy of the AOC-280 Form filed by PRA in the PRA Lawsuit is attached as Exhibit "C."

21. The Jefferson District Court signed PRA's tendered judgment in the PRA Lawsuit on March 28, 2017, which was one day after PRA's motion for summary judgment was filed in the case.

22. Summary judgment was entered against Mr. Brawn on April 7, 2017 in the PRA Lawsuit, which was ten days after PRA filed its motion for summary judgment. Exhibit "B."

23. A true and accurate copy of the signed and entered summary judgment in the PRA Lawsuit is attached as Exhibit "D."

24. On or about April 12, 2017, undersigned counsel began drafting the response and objection to PRA's motion for summary judgment in the PRA Lawsuit.

25. Counsel checked the online docket to confirm when the response and objection was due.

26. At this time, counsel discovered that the Jefferson District Court had already entered judgment against Mr. Brawn.

27. On April 25, 2017, Mr. Brawn, by counsel, filed a timely notice of appeal from the summary judgment issued against him in the PRA Lawsuit.

28. On May 15, 2017, counsel researched, drafted, and filed a statement of appeal in the Jefferson Circuit Court assigned to hear the appeal. The statement of appeal operates as the appellant's brief in appeals from district courts under Kentucky law and the Kentucky Rules of Civil Procedure.

29. After counsel filed the statement of appeal, PRA moved to vacate the summary judgment in the PRA Lawsuit and to dismiss the underlying complaint with prejudice.

30. The Jefferson District Court granted PRA's motions in the PRA Lawsuit on August 7, 2017.

31.     PRA violated the FDCPA by filing the AOC-280 Form one day after it filed its motion for summary judgment. This was an attempt to take an action to collect the Capital One credit card debt that PRA had no legal right to take. Further, this constituted the "use of [a] false representation or deceptive means to collect or attempt to collect" the Capital One credit card debt from Mr. Brawn.

## CLAIMS FOR RELIEF

32.     The foregoing acts and omissions of Portfolio Recovery Associates, LLC constitute violations of the FDCPA, including but not limited to 15 U.S.C. § 1692e and 15 U.S.C. § 1692f.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Matthew Brawn requests that the Court grant him the following relief:

1.     Award Plaintiff actual damages;

2.     Award Plaintiff maximum statutory damages;

3.     Award Plaintiff reasonable attorney's fees and costs;

4.     A trial by jury; and

5.     Such other relief as may be just and proper.

Respectfully submitted,

/s/ James R. McKenzie
**James R. McKenzie**
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:     (502) 371-2179
Fax:     (502) 257-7309
jmckenzie@jmckenzielaw.com

James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:     (502) 473-6525
Fax:     (502) 473-6561
james@kyconsumerlaw.com