UNITED STATES DISTRICT COURT
for the
<u>Western District of Kentucky</u>
<u>Louisville Division</u>

Matthew Brawn
    Plaintiff

v.                                         **Case No. 3:17-cv-00583-DJH**

Portfolio Recovery Associates, LLC         *Electronically Filed*
    Defendant

_____/

**<u>NOTICE OF SETTLEMENT</u>**

      Please take notice that Plaintiff, Matthew Brawn, has resolved this dispute with Defendant, Portfolio Recovery Associates, LLC. Plaintiff and Defendant anticipate filing a Joint Stipulation of Dismissal with Prejudice within thirty to forty-five days.

                                                Respectfully submitted,

                                                <u>/s/ R. Brooks Herrick</u>
                                                Joseph N. Tucker
                                                R. Brooks Herrick
                                                DINSMORE & SHOHL LLP
                                                101 South Fifth St.
                                                Suite 2500
                                                Louisville, Kentucky  40202
                                                Telephone:  502-540-2300
                                                Facsimile:  502-585-2207
                                                joseph.tucker@dinsmore.com
                                                brooks.herrick@dinsmore.com
                                                *Counsel for Defendant*

## CERTIFICATE OF SERVICE

      It is hereby certified that a copy of the foregoing was served via CM/ECF to the persons at the addresses set forth below this 11th day of October, 2017:

| | |
|---|---|
| James R. McKenzie | James H. Lawson |
| James R. McKenzie Attorney, PLLC | Lawson at Law, PLLC |
| 115 S. Sherrin Avenue, Suite 5 | 115 S. Sherrin Avenue, Suite 5 |
| Louisville, KY 40207 | Louisville, KY 40207 |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |
| jmckenzie@jmckenzielaw.com | james@kyconsumerlaw.com |

      /s/ R. Brooks Herrick
      R. Brooks Herrick
      *Counsel for Defendant*

11716932v1