UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MATTHEW BRAWN,                                                                             Plaintiff,

v.                                                              Civil Action No. 3:17-cv-583-DJH-DW

PORTFOLIO RECOVERY
ASSOCIATES, LLC,                                                                         Defendant.

* * * * *

## ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 5), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of the date of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of the date of entry of this Order in the event the settlement is not consummated.

October 12, 2017

**David J. Hale, Judge**
**United States District Court**

1